SKLAR WILLIAMS PLLC
Johnathon Fayeghi, Esq.
Nevada Bar No.: 12736
David B. Barney, Esq.
Nevada Bar No.: 14681
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: jfayeghi@sklar-law.com
          dbarney@sklar-law.com
*Attorneys for Defendant*
*Uzma Zafar, MD, P.C.*

LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq.
Nevada Bar No.:  5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 454-4900
Facsimile:  (702) 938-1055
Email:  bob@spretnak.com
*Attorneys for Plaintiff*
*Marsadie Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARSADIE LEWIS,<br><br>            Plaintiff,<br><br>    v.<br><br>UZMA ZAFAR, MD, P.C., a Nevada professional corporation d/b/a AXIS PSYCHIATRY,<br><br>            Defendant. | CASE NO.: 2:24-CV-00001-JCM-EJY<br><br>**STIPULATION TO REQUEST RESCHEDULING OF PRETRIAL SETTLEMENT CONFERENCE AND TO CONTINUE DEADLINES FOR DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER** |

        Plaintiff Marsadie Lewis ("Plaintiff") and Defendant Uzma Zafar, MD, P.C., ("Defendant") by and through their respective counsels of record, stipulate as follows:

        1.        On September 16, 2024, this Court issued an Order (ECF No. 12) ordering the Parties to an in-person settlement conference on October 25, 2024 before the Honorable Judge

1

Elayna J. Youchah.  In addition, this Court reset the dispositive motion deadline to November 25, 2024 and the joint pretrial order deadline to January 3, 2025 (ECF No. 11).

2.      Unfortunately, the principal of Defendant, Dr. Uzma Zafar, is unable to attend the settlement conference on October 25, 2024 as she will be out of state from October 24, 2024 through October 30, 2024.  Unfortunately, Dr. Zafar's elderly mother is very ill and is schedule for a medical surgery on October 25, 2024.  As such, Dr. Zafar is flying out of town on October 24, 2024 to be with her mother during the surgery on October 25, 2024.

3.      Accordingly, Plaintiff and Defendant jointly agree and stipulate, subject to this Court's approval, to reschedule the October 25, 2024 pretrial settlement conference to January 23, 2024, January 28, 2024 or January 30, 2024.[1]

4.      Plaintiff and Defendant further stipulate to continue the dispositive motions deadline until a date 30 days after this Court conducts the pre-trial settlement conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Counsel contacted the Honorable Judge Youchah's judicial assistant to obtain the next available dates for the settlement conference.  If January 23, 2024, January 28, 2024 or January 30, 2024 are no longer available, the Parties request that the settlement conference be set on a date as soon thereafter as the Honorable Judge Youchah is available.

5.      Plaintiff and Defendant further stipulate to continue the deadline for filing the Joint Pretrial Order to 30 days after the revised date set for filing dispositive motions.  In the event that dispositive motions are filed following an unsuccessful conclusion of the pretrial settlement conference, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the Court.

DATED:  October 11, 2024.                          DATED:  October 11, 2024.

LAW OFFICES OF ROBERT P. SPRETNAK          SKLAR WILLIAMS PLLC

By:  _/s/ Robert P. Spretnak_____          By:  _/s/ Johnathon Fayeghi_____
        Robert P. Spretnak, Esq. (Bar No. 5135)           Johnathon Fayeghi, Esq. (Bar No. 12736)
        8275 S. Eastern Avenue, Suite 200                 David B. Barney, Esq. (Bar No. 14681)
        Las Vegas, Nevada 89123                           410 S. Rampart Blvd., Suite 350
        *Attorney for Plaintiff Marsadie Lewis*           Las Vegas, Nevada 89145
                                                          *Attorneys for Defendant Uzma Zafar, MD,*
                                                          *P.C.*

IT IS HEREBY ORDERED that the Stipulation at ECF No. 13 is GRANTED.

IT IS FURTHER ORDERED that the settlement conference set for October 24, 2024 is VACATED and reset for **January 23, 2025**.  Confidential settlement statements must be submitted to Emily_Santiago@nvd.uscourts.gov no later than **January 16, 2024**.  All parties, counsel, and insurance representatives (if any) must appear in person unless excused by the Court.  The parties, with counsel, must arrive at 9 a.m. and report to the Chambers of Magistrate Judge Elayna J. Youchah.

IT IS FURTHER ORDERED that the deadline to file dispositive motions is reset to **February 24, 2025**.  The proposed joint pretrial order is due no later than **March 24, 2025**; provided, however, that if dispositive motions are pending on that date, the due date for the proposed joint pretrial order is automatically advanced to thirty (30) days after such motions are ruled upon by the Court.

Dated this 12th day of October, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE