LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com
Attorney for Marsadie Lewis, Plaintiff

SKLAR WILLIAMS PLLC
Johnathon Fayeghi, Esq. (Bar No. 12736)
David B. Barney, Esq. (Bar No. 14681)
410 S. Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Fax: (702) 360-0000
Email: jfayeghi@sklar-law.com
           dbarney@sklar-law.com
Attorneys for Uzma Zafar, MD, P.C., Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARSADIE LEWIS,

    Plaintiff,

vs.

UZMA ZAFAR, MD, P.C., a Nevada professional corporation, dba AXIS PSYCHIATRY,

    Defendant.

Case No.: 2:24-cv-00001-JCM-EJY

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND RETENTION OF COURT JURISDICTION FOR PURPOSES OF ENFORCING SETTLEMENT TERMS**

IT IS STIPULATED AND AGREED, by Plaintiff MARSADIE LEWIS and by Defendant UZMA ZAFAR, MD, P.C., a Nevada professional corporation, dba AXIS PSYCHIATRY, by and through their respective counsels of record, stipulate follows:

1. That all claims in this above-entitled matter are DISMISSED WITH PREJUDICE, with each side to bear her or its own attorney's fees and costs unless otherwise set forth in a written agreement; and

2. That the court shall retain jurisdiction over this matter for the limited purpose of enforcing the terms of any settlement agreement, with this retention of jurisdiction remaining in effect for the next 120 days or until Plaintiff files notice that any and all payments due under the

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

terms of a settlement agreement have been received, whichever occurs sooner.

DATED: March 25, 2025.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq. (Bar No. 5135)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Attorney for Marsadie Lewis, Plaintiff

DATED: March 25, 2025.

SKLAR WILLIAMS PLLC

By: /s/ Johnathon Fayeghi
    Johnathon Fayeghi, Esq.
    David B. Barney, Esq.

410 S. Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145

Attorneys for Uzma Zafar, MD, P.C., Defendant

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 31, 2025